1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEXTDOOR, INC., A DELAWARE CORPORATION,<br><br>　　　　　　　　　　　PLAINTIFF,<br><br>vs.<br><br>420 TAYLOR VENTURES, LLC, a Delaware Limited Liability Company, NT 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, NH 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, 420 TAYLOR HOLDINGS OWNER LLC, a Delaware Limited Liability Company, SEVEN EQUITY GROUP, LLC, and DOES 1–50,<br><br>　　　　　　　　　　　DEFENDANTS. | CASE NO. 3:21-cv-03341-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION ON AMENDMENT TO COMPLAINT AND RESPONSE THERETO**<br><br>Removed from the Superior Court of the State of California for the County of San Francisco, Case No. CGC-21-590369 |

Having considered the parties' Stipulation on Amendment to Complaint and Response Thereto (the "Stipulation"), and good cause appearing, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. Plaintiff Nextdoor, Inc.'s ("Plaintiff") deadline to amend its Complaint is set for **September 23, 2021** (*i.e.*, forty-five (45) days following the entry of the Order regarding Defendants' Motion to Dismiss);

2. Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC's ("Defendants") deadline to respond, whether by answer, motion, or otherwise, to such amended Complaint shall be set for **fourteen (14) days after Plaintiff files its amended Complaint.**

3. Defendants need not answer Plaintiff's original Complaint pending Plaintiff's amendment, and default shall not be sought against Defendants on the basis of Defendants not answering the original Complaint.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 18, 2021

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE