**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**Northern District of California**

**CIVIL MINUTES**

**Date:** August 24, 2021     **Time:** 1:57 - 2:07=     **Judge:** EDWARD M. CHEN
                                            10 Minutes

**Case No.**: 21-cv-03341-EMC     **Case Name:** Nextdoor, Inc. v. 420 Taylor Ventures LLC

**Attorneys for Plaintiff:** Morgan Tovey, Dakota Speas
**Attorneys for Defendant:** Lewis Zirogiannis, Heather Lee

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Marla Knox

**PROCEEDINGS HELD BY ZOOM WEBINAR**

Initial Case Management Conference - held

**SUMMARY**

Parties stated appearances.

ADR: Parties had initially agreed to MJ Settlement Conference but have since met and conferred and are opting for private mediation, to occur no later than November or December 2021. Parties to agree on mediator in the next couple of weeks. Parties have exchanged initial discovery, with more to be exchanged by the end of this month; this is sufficient for settlement conference. Focused discovery includes written discovery as discussed. Taking of depositions not necessary at this time. Court urged parties to settle the case. The litigation risks are well known.

Court set jury trial for **August 29, 2022 at 8:30 a.m.** Scheduling Order to issue.

CASE CONTINUED TO: **January 18, 2022, at 2:30 P.M., for Status Conference.** Parties shall file a joint CMC statement at least seven days prior to the next hearing.

**REFERRALS:**
Case referred to ADR for Private Mediation, to be completed no later than December 31, 2021.