LEWIS ZIROGIANNIS, CA Bar No. 321955
  lzirogiannis@foley.com
JAIME DORENBAUM, CA Bar No. 289555
  jdorenbaum@foley.com
JASON Y. WU, CA Bar No. 313368
  jwu@foley.com
HEATHER A. LEE (*admitted pro hac vice*)
  hlee@foley.com
FOLEY & LARDNER LLP
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

*Attorneys for Defendants 420 Taylor Ventures, LLC,*
*NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC,*
*420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEXTDOOR, INC., a Delaware Corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>420 TAYLOR VENTURES, LLC, a Delaware Limited Liability Company, NT 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, NH 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, 420 TAYLOR HOLDINGS OWNER LLC, a Delaware Limited Liability Company, SEVEN EQUITY GROUP, LLC, and DOES 1–50,<br><br>DEFENDANTS. | CASE NO. 3:21-CV-03341-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Removed from the Superior Court of the State of California for the County of San Francisco, Case No. CGC-21-590369<br><br>Complaint Filed: March 11, 2021<br>Notice of Removal Filed: May 5, 2021 |

08604-00003/12935869.1

STIPULATION AND [PROPOSED] ORDER

4838-6398-1817.1

Pursuant to Local ADR Rule 2-3, Plaintiff Nextdoor, Inc. ("Plaintiff") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC and 420 Taylor Holdings Owner LLC ("Defendants"), by and through their undersigned counsel, hereby submit the following stipulated request for an order referring the parties to a settlement conference with a magistrate judge before December 31, 2021, as follows:

## RECITALS

WHEREAS on August 24, 2021, during the initial case management conference, the Court referred the parties to private mediation. [ECF No. 62.]

WHEREAS at Defendants' request, the parties have agreed to submit to a settlement conference with a magistrate judge, as originally proposed by Plaintiff Nextdoor.

WHEREAS the parties now seek an order referring them to a settlement conference before a magistrate judge in lieu of private mediation.

WHEREAS the parties agree that they would like to engage in a settlement conference before a magistrate judge before the end of November 2021, and no later than December 2021.

## STIPULATION

THEREFORE, it is hereby stipulated by and between Plaintiff and Defendants that they be referred to a settlement conference before a magistrate judge before December 31, 2021 with the understanding that the Parties would prefer to conduct the settlement conference in November 2021, and no later than December 2021.

IS SO STIPULATED.

DATE: SEPTEMBER 1, 2021                                QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                                        By: */s/ Morgan W. Tovey*
                                                            MORGAN W. TOVEY
                                                            *Attorneys for Plaintiff Nextdoor, Inc.*

08604-00003/12935869.1
1

STIPULATION AND [PROPOSED] ORDER

4838-6398-1817.1

1  DATE: SEPTEMBER 1, 2021  **FOLEY & LARDNER LLP**

3   By: */s/ Lewis Zirogiannis*
     LEWIS ZIROGIANNIS
4    *Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

08604-00003/12935869.1
2

STIPULATION AND [PROPOSED] ORDER

4838-6398-1817.1

**FILERS ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories hereto.

Date:  September 1, 2021    **Foley & Lardner LLP**

By: */s/ Lewis Zirogiannis*
   LEWIS ZIROGIANNIS
   *Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

08604-00003/12935869.1

3

STIPULATION AND [PROPOSED] ORDER

4838-6398-1817.1

**[PROPOSED] ORDER**

Having considered the parties' Stipulated Request for Referral to a Settlement Conference Before a Magistrate Judge (the "Stipulation"), and good cause appearing, the Court hereby **GRANTS** the Stipulation and **ORDERS** as follows:

Plaintiff and Defendants are hereby referred to complete a settlement conference before a magistrate judge before December 31, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: _____

HON. EDWARD M. CHEN UNITED STATES DISTRICT JUDGE