**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Morgan W. Tovey (Bar No. 136242)
 morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Ryan Landes (Bar No. 252642)
 ryanlandes@quinnemanuel.com
Dakota S. Speas (Bar No. 323853)
 dakotaspeas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Nextdoor, Inc.*

**FOLEY & LARDNER LLP**

Lewis Zirogiannis (Bar No. 321955)
 lzirogiannis@foley.com
Jaime Dorenbaum (Bar No. 289555)
 jdorenbaum@foley.com
Jason Y. Wu (Bar No. 313368)
 jwu@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

Heather A. Lee (*pro hac vice*)
 hlee@foley.com
100 N Tampa Street, Suite 2700
Tampa, FL 33610
Telephone: (813) 225-4156
Facsimile: (813) 221-4210

*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, and SEVEN EQUITY GROUP, LLC,<br><br>　　　　Defendants. | Case No. 3:21-cv-03341-EMC<br><br>**JOINT STATEMENT RE FURTHER STATUS CONFERENCE**<br><br>Date:　　January 18, 2022<br>Time:　　2:30 p.m.<br>Place:　　Via Remote Videoconference<br><br>The Hon. Edward M. Chen<br><br>Trial Date:　　　　August 29, 2022 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Northern District of California Local Rule 16-10(d), and this Court's Minute Order regarding the Initial Case Management Conference (ECF 62), Plaintiff Nextdoor, Inc. ("Plaintiff" or "Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants"), by and through their respective counsel, having met and conferred on January 10, 2022, hereby submit the following Joint Statement:

## I.   CASE BACKGROUND, THE PLEADINGS, AND MOTION PRACTICE

### A.   Case Background

The allegations, claims and defenses in this case have been extensively briefed and are well-known to the Court. In the interests of brevity, the Parties dispense with a further recitation here.

### B.   The Pleadings

Following the Court's ruling on Defendants' first Motion to Dismiss (ECF 52) and a subsequent ruling on Nextdoor's Administrative Motion for Clarification (ECF 61), Nextdoor filed a First Amended Complaint (the "FAC") against all Defendants on September 23, 2021 (ECF 70). Defendant Seven Equity Group, LLC ("Seven Equity") then filed a Motion to Dismiss the claims alleged against it in the FAC on October 14, 2021 (ECF 75). That Motion was fully briefed and heard on December 15, 2021 (ECF 93). Following the Court's instruction, the Parties exchanged documents referenced during the hearing and submitted a Joint Statement (ECF 95) regarding further refinement of the FAC.

On December 23, 2021, the Court issued a minute order granting Nextdoor leave to file a Second Amended Complaint ("SAC"), thereby mooting Seven Equity's Motion to Dismiss the claims alleged against it in the FAC (ECF 96). The Court also denied Nextdoor's informal request for Defendants to produce additional documents.

Nextdoor timely filed its SAC on December 28, 2021 (ECF 98). Defendants' deadline to respond to the SAC is January 11, 2022. Seven Equity intends to file another Motion to Dismiss Nextdoor's claims which will be noticed for hearing on February 10, 2022, at the earliest.

1  Nextdoor's deadline to oppose Seven Equity's Motion to Dismiss is January 25, 2022, and Seven
2  Equity's deadline to file a reply brief in support of its Motion is February 1, 2022.

3        **C.**      <u>**Additional Motion Practice**</u>

4        In addition to motion practice related to the pleadings, the Parties anticipate additional
5  briefing and potential motion practice related to outstanding discovery disputes in this case, to the
6  extent those disputes cannot be resolved informally.  Further, the Parties anticipate cross-moving
7  for summary judgment on some or all of the claims and defenses at issue in this case.

8  **II.**      <u>**DISCLOSURES**</u>

9        Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor
10 Owner LLC, and 420 Taylor Holdings Owner, LLC served their Initial Disclosures per Rule
11 26(a)(1) of the Federal Rules of Civil Procedure on August 13, 2021.  Seven Equity has not
12 submitted initial disclosures, as the Court is yet to rule on Seven Equity's status as a defendant in
13 this case in response to Seven Equity's forthcoming Motion to Dismiss.  The Parties anticipate
14 updating their Initial Disclosures.

15 **III.**      <u>**DISCOVERY**</u>

16       The Parties have served written discovery requests on each other, including Requests for
17 Production of Documents and Things, Interrogatories, and Requests for Admission.  The Parties
18 intend to notice depositions of percipient witnesses in this case, including the Parties'
19 representatives and employees, non-parties, and Rule 30(b)(6) witnesses.  The Parties are in the
20 process of meeting and conferring on Rule 30(b)(6) representatives, deposition dates, and
21 deposition logistics.

22       Nextdoor has served subpoenas on non-parties CBRE Group, Inc. and Stevenson Systems,
23 Inc., and Defendants have served subpoenas on non-parties Ajanta Design, Associated Space
24 Design (ASD), Jones Lang LaSalle Brokerage, Inc, and Canopy Property Management, Inc.  The
25 Parties may serve subpoenas on other non-parties that possess discoverable information.  While
26 the Parties have made substantial document productions pursuant to the written discovery requests
27 served in this case, the Parties anticipate making further document productions before the close of
28

fact discovery.  The Parties may also serve further written discovery requests, which in turn may necessitate additional document productions.

The Parties intend to serve one or more expert reports and take depositions of all disclosed experts.

## IV.     SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

Pursuant to a stipulation of the Parties and order of the Court, this case was referred to a magistrate judge for a settlement conference (ECF 65).  The Parties timely submitted and exchanged confidential settlement conference statements and participated in an all-day, virtual settlement conference before Magistrate Judge Sallie Kim on November 3, 2021 (ECF 85). Despite Magistrate Judge Kim's efforts, the Parties were unable to resolve the case informally. But the Parties made sufficient progress to warrant Magistrate Judge Kim setting a follow-up settlement conference on March 1, 2022.

In the interim, the Parties have agreed to participate in a principal-to-principal settlement meeting on or around January 20, 2022, without the presence of their respective attorneys.  If the Parties' principals agree to settlement terms, the Parties will inform the Court promptly.

## V.     SCHEDULING

Given the on-going settlement discussions and unsettled pleadings, the Parties jointly and respectfully submit that good cause exists to enlarge the current pretrial and trial schedule by approximately 60 days.  The current pretrial deadlines and proposed modifications are set forth below:

| Event | Current Deadline | Proposed New Deadline |
| --- | --- | --- |
| Non-Expert Discovery Cut-Off | February 10, 2022 | April 14, 2022 |
| Opening Expert Reports | February 10, 2022 | April 14, 2022 |
| Rebuttal Expert Reports | March 3, 2022 | May 5, 2022 |
| Expert Discovery Cut-Off | March 24, 2022 | May 26, 2022 |
| Last Day to File Dispositive Motions | April 14, 2022 | June 23, 2022 |

| Last Day to Hear Dispositive Motions | May 19, 2022 at 1:30 p.m. | July 28, 2022 at 1:30 p.m. |
|---|---|---|
| Final Pretrial Conference | August 2, 2022 at 2:30 p.m. | October 4, 2022 at 2:30 p.m. |
| Trial (4 days) | August 29, 2022 at 8:30 a.m. | October 31, 2022 at 8:30 a.m. |

Respectfully Submitted,

DATED:  January 11, 2022      QUINN EMANUEL URQUHART & SULLIVAN, LLP


By      /s/ Morgan W. Tovey
    MORGAN W. TOVEY
    *Attorneys for Plaintiff Nextdoor, Inc.*

DATED:  January 11, 2022      FOLEY & LARDNER LLP


By      /s/ Lewis Zirogiannis
    LEWIS ZIROGIANNIS
    *Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

Dated: January 11, 2022                             /s/ Morgan W. Tovey