QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:    (415) 875-6600
Facsimile:    (415) 875-6700

  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
  Dakota S. Speas (Bar No. 323853)
  dakotaspeas@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:    (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Plaintiff Nextdoor, Inc.*

[Counsel for Defendants included on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, INC., <br><br> Plaintiff, <br><br> vs. <br><br> 420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, SEVEN EQUITY GROUP, LLC, and DOES 1-50, <br><br> Defendants. | Case No. 3:21-cv-03341-EMC <br><br> **STIPULATION TO ENLARGE BRIEFING SCHEDULE RE SEVEN EQUITY'S MOTION TO DISMISS AND STRIKE (ECF 105)** <br><br> The Hon. Edward M. Chen <br><br> Trial Date:                August 29, 2022 <br><br> Hr'g Date (unchanged):  February 24, 2022 <br><br> *Current Opp. Deadline:  January 25, 2022* <br> **New Opp. Deadline:  January 31, 2022** <br><br> *Current Reply Deadline:  February 1, 2022* <br> **New Reply Deadline:  February 10, 2022** |

Pursuant to Northern District of California Local Rule 6-2, Plaintiff Nextdoor, Inc. ("Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants"), by and through their respective counsel, hereby stipulate and request an order as follows:

WHEREAS, Defendant Seven Equity Group, LLC ("Seven Equity") filed a Motion to Dismiss and Strike (the "Motion") on January 11, 2022 (ECF 105);

WHEREAS, Seven Equity noticed its Motion for hearing in this Court on February 10, 2022 at 1:30 p.m.;

WHEREAS, the Court subsequently re-set the hearing date on Seven Equity's Motion to February 24, 2022 at 1:30 p.m.;

WHEREAS, the current deadline for Nextdoor to respond to Seven Equity's Motion is January 25, 2022;

WHEREAS, the current deadline for Seven Equity to reply to Nextdoor's response is February 1, 2022;

WHEREAS, on January 20, 2022, the Court entered a Clerk's Notice (ECF 108) enlarging the briefing schedule for this Motion;

WHEREAS, on January 20, 2022, the Court modified the Clerk's Notice (ECF 108), noting that it was made in error;

WHEREAS, in light of the extra time provided by the re-setting of the hearing date on Seven Equity's Motion, the Parties have agreed to extend Nextdoor's deadline to respond to the Motion to January 31, 2022;

WHEREAS, in light of the extra time provided by the re-setting of the hearing date on Seven Equity's Motion, the Parties have agreed to extend Seven Equity's deadline to reply to Nextdoor's response to the Motion to February 10, 2022;

WHEREAS, there have been no prior stipulations to enlarge the briefing schedule for this Motion;

WHEREAS, this stipulated request to enlarge the briefing schedule for the Motion is sought in good faith and not for purposes of delay;

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request an order as follows:

- The deadline for Nextdoor to file its Response in Opposition to Seven Equity's Motion to Dismiss and Strike is January 31, 2022;
- The deadline for Seven Equity to file its Reply in Support of its Motion to Dismiss and Strike is February 10, 2022.

A proposed order is submitted herewith.

**IT IS SO STIPULATED.**

DATED:  January 21, 2022					QUINN EMANUEL URQUHART & SULLIVAN, LLP


By      /s/ Dakota S. Speas
DAKOTA S. SPEAS
*Attorneys for Plaintiff Nextdoor, Inc.*

DATED:  January 21, 2022					FOLEY & LARDNER LLP


By      /s/ Heather A. Lee
HEATHER A. LEE
*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: January 21, 2022					  /s/ Dakota S. Speas