UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, SEVEN EQUITY GROUP, LLC, and DOES 1-50,<br><br>　　　　Defendants. | Case No. 3:21-cv-03341-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE BRIEFING SCHEDULE RE SEVEN EQUITY'S MOTION TO DISMISS AND STRIKE (ECF 105)**<br><br>The Hon. Edward M. Chen.<br><br>Trial Date:　　　　August 29, 2022 |

On stipulation of the parties and for good cause appearing, IT IS HEREBY ORDERED that the briefing schedule on Defendant Seven Equity Group, LLC's Motion to Dismiss and Strike (ECF 105) (the "Motion") is enlarged as follows.  The deadline for Plaintiff Nextdoor, Inc. to file its response in opposition to the Motion is January 31, 2022.  The deadline for Defendant Seven Equity Group, LLC to file its reply in support of the Motion is February 10, 2022.

**IT IS SO ORDERED.**

DATED:  January 24, 2022

_____
The Hon. Edward M. Chen
United States District Judge