1
QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Morgan W. Tovey (Bar No. 136242)
2
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
3
San Francisco, California 94111
Telephone:     (415) 875-6600
4
Facsimile:     (415) 875-6700

5
  Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
6
  Dakota S. Speas (Bar No. 323853)
  dakotaspeas@quinnemanuel.com
7
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
8
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100
9

10
*Attorneys for Plaintiff Nextdoor, Inc.*

[Counsel for Defendants included on signature
11
page]

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14

15
NEXTDOOR, INC.,                                    Case No. 3:21-cv-03341-EMC

16
                    Plaintiff,                     **STIPULATION TO CONTINUE TRIAL DATE AND TO ENLARGE PRETRIAL DEADLINES**

17
          vs.

18
420 TAYLOR VENTURES, LLC, NT 420                   The Hon. Edward M. Chen
TAYLOR OWNER LLC, NH 420 TAYLOR
19
OWNER LLC, 420 TAYLOR HOLDINGS                     *Current Trial Date:*    October 31, 2022
OWNER LLC, SEVEN EQUITY GROUP,                     **Proposed Trial Date:** December 12, 2022
20
LLC, and DOES 1-50,

21
                    Defendants.

22

23

24

25

26

27

28

1    Pursuant to Northern District of California Local Rule 7-12, Plaintiff Nextdoor, Inc.

2    ("Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420

3    Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC

4    ("Defendants"), by and through their respective counsel, hereby stipulate and request an order as

5    follows:

6    WHEREAS, pursuant to the operative Case Management and Pretrial Order for Jury Trial

7    for this case (ECF 112), a four-day trial is currently scheduled to begin on **October 31, 2022 at**

8    **8:30 a.m.**;

9    WHEREAS, the current pretrial deadlines in this case are as follows:

| Event | Deadline |
|---|---|
| Non-expert discovery cut-off | April 14, 2022 |
| Opening expert reports | April 14, 2022 |
| Rebuttal expert reports | May 5, 2022 |
| Expert discovery cut-off | May 26, 2022 |
| Further status conference | June 14, 2022 |
| Last day to file dispositive motions | June 23, 2022 |
| Last day to hear dispositive motions | July 28, 2022 |
| Final pretrial conference | October 4, 2022 at 2:30 p.m. |

20    WHEREAS, on March 1, 2022, the Parties participated in a remote settlement conference

21    with Magistrate Judge Sallie Kim;

22    WHEREAS, Magistrate Judge Kim continued the settlement conference on March 1 and

23    directed the Parties to meet in-person for a further settlement conference on April 5, 2022;

24    WHEREAS, the Parties remain open to pursuing an informal resolution of this case and

25    desire to avoid unnecessary expenditures of fees and costs in the interim;

26    WHEREAS, there has been one prior stipulation to continue the trial date and to enlarge

27    the pretrial deadlines in this case in order to accommodate ongoing settlement discussions;

28

1     WHEREAS, this stipulated request to continue the trial date and to enlarge the pretrial

2  datelines in this case is sought in good faith and not for purposes of delay;

3     NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request that

4  trial be continued from October 31, 2022 at 8:30 a.m. to **December 12, 2022 at 8:30 a.m.,** or as

5  soon thereafter as the Court deems possible, and that the Court issue an amended Case

6  Management and Pretrial Order for Jury Trial enlarging the pretrial deadlines as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Non-expert discovery cut-off | April 14, 2022 | May 26, 2022 |
| Opening expert reports | April 14, 2022 | May 26, 2022 |
| Rebuttal expert reports | May 5, 2022 | June 16, 2022 |
| Expert discovery cut-off | May 26, 2022 | July 7, 2022 |
| Further status conference | June 14, 2022 | July 26, 2022 |
| Last day to file dispositive motions | June 23, 2022 | August 4, 2022 |
| Last day to hear dispositive motions | July 28, 2022 | September 8, 2022 |
| Final pretrial conference | October 4, 2022 at 2:30 p.m. | November 15, 2022 at 2:30 p.m. |

20     A proposed order is submitted herewith.

21     **IT IS SO STIPULATED.**

22  DATED:  March 14, 2022                    QUINN EMANUEL URQUHART &
                                               SULLIVAN, LLP

25                                        By      /s/ Morgan W. Tovey
                                               MORGAN W. TOVEY
26                                             *Attorneys for Plaintiff Nextdoor, Inc.*

1  DATED:  March 14, 2022                    FOLEY & LARDNER LLP

2

3                                            By_____/s/ Lewis Zirogiannis_____

4                                            LEWIS ZIROGIANNIS
                                             *Attorneys for Defendants 420 Taylor Ventures,*
5                                            *LLC, NT 420 Taylor Owner LLC, NH 420 Taylor*
                                             *Owner LLC, 420 Taylor Holdings Owner LLC,*
6                                            *and Seven Equity Group, LLC*

7

8                            **FILER'S ATTESTATION**

9        Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this

10  document has been obtained from all signatories hereto.

11       Dated: March 14, 2022                      _/s/ Morgan W. Tovey_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28