LEWIS ZIROGIANNIS, CA Bar No. 321955
  lzirogiannis@foley.com
JAIME DORENBAUM, CA Bar No. 289555
  jdorenbaum@foley.com
JASON Y. WU, CA Bar No. 313368
  jwu@foley.com
HEATHER A. LEE (*admitted pro hac vice*)
  hlee@foley.com
FOLEY & LARDNER LLP
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

*Attorneys for Defendants 420 Taylor Ventures, LLC,
NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC,
420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEXTDOOR, INC., a Delaware Corporation,<br><br>PLAINTIFF,<br><br>v.<br><br>420 TAYLOR VENTURES, LLC, a Delaware Limited Liability Company, NT 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, NH 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, 420 TAYLOR HOLDINGS OWNER LLC, a Delaware Limited Liability Company, SEVEN EQUITY GROUP, LLC, and DOES 1–50,<br><br>DEFENDANTS. | CASE NO. 3:21-CV-03341-EMC<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND TO ENLARGE PRETRIAL DEADLINES**<br><br>The Hon. Edward M. Chen<br><br>*Current Trial Date:*  October 31, 2022<br>**PROPOSED TRIAL DATE:** JANUARY 30, 2023 |

Case No. 3:21-cv-03341-EMC
STIPULATION TO CONTINUE TRIAL DATE AND TO ENLARGE PRETRIAL DEADLINES

Pursuant to Northern District of California Local Rule 7-12, Plaintiff Nextdoor, Inc. ("Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants"), by and through their respective counsel, hereby stipulate and request an order as follows:

WHEREAS, pursuant to the operative Case Management and Pretrial Order for Jury Trial for this case (ECF 112), a four-day trial is currently scheduled to begin on **October 31, 2022 at 8:30 a.m.**[1];

WHEREAS, the current pretrial deadlines in this case are as follows:

| **Event** | **Deadline** |
| --- | --- |
| Non-expert discovery cut-off | April 14, 2022 |
| Opening expert reports | April 14, 2022 |
| Rebuttal expert reports | May 5, 2022 |
| Expert discovery cut-off | May 26, 2022 |
| Further status conference | June 14, 2022 |
| Last day to file dispositive motions | June 23, 2022 |
| Last day to hear dispositive motions | July 28, 2022 |
| Final pretrial conference | October 4, 2022 at 2:30 p.m. |

WHEREAS, on March 1, 2022, the Parties participated in a remote settlement conference with Magistrate Judge Sallie Kim;

WHEREAS, Magistrate Judge Kim continued the settlement conference on March 1 and directed the Parties to meet in-person for a further settlement conference on April 5, 2022;

WHEREAS, the Parties have met and conferred and agree that a further continuance of the settlement conference and of the pretrial and trial dates is warranted in light of extraordinary personal circumstances recently impacting counsel;

---

[1] On March 14, 2022, the parties jointly submitted a Stipulation to Continue Trial Date and to Enlarge Pretrial Deadlines (ECF 125), but the Court has not yet entered an order regarding same. The parties hereby withdraw ECF 125 in favor of this Stipulation.

WHEREAS, the Parties remain open to pursuing an informal resolution of this case and desire to avoid unnecessary expenditures of fees and costs in the interim;

WHEREAS, there has been one prior stipulation and order to continue the trial date and to enlarge the pretrial deadlines in this case in order to accommodate ongoing settlement discussions;

WHEREAS, on March 14, 2022, the Parties jointly submitted a second Stipulation to Continue Trial Date and to Enlarge Pretrial Deadlines (ECF 125), but the Court has not yet entered an order regarding same;

WHEREAS, the Parties agree to withdraw the March 14, 2022 Stipulation to Continue Trial Date and to Enlarge Pretrial Deadlines and replace it with this stipulation, in light of the extraordinary personal circumstances of counsel that have transpired in the interim requiring the Parties to request that Magistrate Judge Kim re-set the in-person settlement conference from April 5, 2022 to May 25, 2022;

WHEREAS, on April 4, 2022, the Court entered an order re-setting the in-person settlement conference before Magistrate Judge Kim on May 25, 2022 at 9:30 a.m. (ECF 128);

WHEREAS, this stipulated request to continue the trial date and to enlarge the pretrial datelines in this case is sought for purposes of permitting the parties to pursue settlement discussions in good faith and not for purposes of delay;

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request that trial be continued from October 31, 2022 at 8:30 a.m. to **January 30, 2023 at 8:30 a.m.,** or as soon thereafter as the Court deems possible, and that the Court issue an amended Case Management and Pretrial Order for Jury Trial enlarging the pretrial deadlines as follows:

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Non-expert discovery cut-off | April 14, 2022 | July 14, 2022 |
| Opening expert reports | April 14, 2022 | July 14, 2022 |
| Rebuttal expert reports | May 5, 2022 | August 4, 2022 |
| Expert discovery cut-off | May 26, 2022 | August 25, 2022 |
| Further status conference | June 14, 2022 | August 30, 2022 |

| | | |
|---|---|---|
| Last day to file dispositive motions | June 23, 2022 | September 22, 2022 |
| Last day to hear dispositive motions | July 28, 2022 | October 27, 2022 |
| Final pretrial conference | October 4, 2022 at 2:30 p.m. | January 3, 2022 at 2:30 p.m. |

A proposed order is submitted herewith.

**IT IS SO STIPULATED.**

DATED:  April 6, 2022                                        QUINN EMANUEL URQUHART & SULLIVAN, LLP


By /s/ Morgan W. Tovey
MORGAN W. TOVEY
*Attorneys for Plaintiff Nextdoor, Inc.*

DATED:  April 6, 2022                                        FOLEY & LARDNER LLP


By  /s/ Lewis Zirogiannis
LEWIS ZIROGIANNIS
*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: April 6, 2022                                       /s/ Lewis Zirogiannis