**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
Dakota S. Speas (Bar No. 323853)
  dakotaspeas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Nextdoor, Inc.*

**FOLEY & LARDNER LLP**

Lewis Zirogiannis (Bar No. 321955)
  lzirogiannis@foley.com
Jaime Dorenbaum (Bar No. 289555)
  jdorenbaum@foley.com
Jason Y. Wu (Bar No. 313368)
  jwu@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

Heather A. Lee (*pro hac vice*)
  hlee@foley.com
100 N Tampa Street, Suite 2700
Tampa, FL 33610
Telephone: (813) 225-4156
Facsimile: (813) 221-4210

*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, Inc.,<br><br>         Plaintiff,<br><br>   vs.<br><br>420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, and SEVEN EQUITY GROUP, LLC,<br><br>         Defendants. | Case No. 3:21-cv-03341-EMC<br><br>**JOINT STATEMENT RE FURTHER STATUS CONFERENCE**<br><br>Date:    August 30, 2022<br>Time:   2:30 p.m.<br>Place:   Via Remote Videoconference<br><br>The Hon. Edward M. Chen<br><br>Trial Date:            January 30, 2023 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Northern District of California Local Rule 16-10(d), and this Court's Order to Continue Trial Date and to Enlarge Pretrial Deadlines (ECF 131), Plaintiff Nextdoor, Inc. ("Plaintiff" or "Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants," and together with Nextdoor, the "Parties"), by and through their respective counsel, hereby submit the following Joint Statement:

I. **BACKGROUND**

The allegations, claims, and defenses in this case have been extensively briefed and are well-known to the Court. In the interests of brevity, the Parties dispense with a further recitation here.

II. **SETTLEMENT**

The Parties are pleased to report that following multiple settlement conferences, the Parties reached a settlement in principle on June 14, 2022 pursuant to the terms of a proposal prepared by Magistrate Judge Sallie Kim. Since that date, the parties have made progress toward a final resolution of both this case and a related matter pending in the United States District Court for the Southern District of New York, case no. 1:22-mc-00110-AT, regarding Defendants' motion to quash a subpoena served by Nextdoor on non-party Ackman Ziff Real Estate Group, LLC (the "Subpoena Matter"). After the Parties reached a settlement in principle on June 14, they have circulated several rounds of edits to a proposed settlement agreement and amendment to the lease agreement at issue in this case. Further, the Parties met and conferred telephonically on August 18 to discuss proposed revisions to these documents and their respective positions, and the Parties will have a further conference on August 25 in an effort to resolve outstanding issues. The Parties are hopeful that they will be able to finalize and execute final settlement documents within one to two weeks, either independently or, if Her Honor is available, with the further assistance of Magistrate Judge Kim.

### III. SCHEDULING

Given that the Parties have reached a settlement in principle and are actively working to finalize settlement, the Parties respectfully request that: (i) the case management conference currently scheduled for August 30, 2022 be continued for 30 days, or as soon thereafter as the Parties may be heard; and (ii), all other proceedings and deadlines in this case be stayed until the Parties execute a final settlement agreement and file a stipulation to dismiss this case with prejudice.

Respectfully Submitted,

DATED: August 23, 2022         QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Morgan W. Tovey*
MORGAN W. TOVEY
*Attorneys for Plaintiff Nextdoor, Inc.*

DATED: August 23, 2022         FOLEY & LARDNER LLP

By    */s/ Lewis Zirogiannis*
LEWIS ZIROGIANNIS
*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

Dated: August 23, 2022                    /s/ Morgan W. Tovey