**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
Dakota S. Speas (Bar No. 323853)
  dakotaspeas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Nextdoor, Inc.*

**FOLEY & LARDNER LLP**

Lewis Zirogiannis (Bar No. 321955)
  lzirogiannis@foley.com
Jaime Dorenbaum (Bar No. 289555)
  jdorenbaum@foley.com
Jason Y. Wu (Bar No. 313368)
  jwu@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone:  (415) 434-4484
Facsimile:  (415) 434-4507

Heather A. Lee (*pro hac vice*)
  hlee@foley.com
100 N Tampa Street, Suite 2700
Tampa, FL 33610
Telephone:  (813) 225-4156
Facsimile:  (813) 221-4210

*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, Inc.,<br><br>    Plaintiff,<br><br>    vs.<br><br>420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, and SEVEN EQUITY GROUP, LLC,<br><br>    Defendants. | Case No. 3:21-cv-03341-EMC<br><br>**JOINT STATEMENT RE FURTHER STATUS CONFERENCE**<br><br>Date:   November 8, 2022<br>Time:   2:30 p.m.<br>Place:   Via Remote Videoconference<br><br>The Hon. Edward M. Chen<br><br>Trial Date:         January 30, 2023 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Northern District of California Local Rule 16-10(d), this Court's Order to Continue Trial Date and to Enlarge Pretrial Deadlines (ECF 131), and the Clerk's Notice Setting Zoom Hearing and Continuing Status Conference (ECF 135), Plaintiff Nextdoor, Inc. ("Plaintiff" or "Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants," and together with Nextdoor, the "Parties"), by and through their respective counsel, hereby submit the following Joint Statement:

## I. BACKGROUND

The allegations, claims, and defenses in this case have been extensively briefed and are well-known to the Court.  In the interests of brevity, the Parties dispense with a further recitation here.

## II. SETTLEMENT

As the Parties previously informed the Court, the Parties reached a settlement in principle on June 14, 2022 pursuant to the terms of a proposal prepared by Magistrate Judge Sallie Kim. Since that date, the Parties have made progress toward a final resolution of both this case and a related matter pending in the United States District Court for the Southern District of New York, case no. 1:22-mc-00110-AT, regarding Defendants' motion to quash a subpoena served by Nextdoor on non-party Ackman Ziff Real Estate Group, LLC (the "Subpoena Matter").  The Parties have circulated several rounds of edits to a proposed settlement agreement and an amendment to the lease agreement at issue in this case and have also held a number of calls between counsel to discuss.  Most recently, on October 13, the Parties attended a video conference with Judge Kim to discuss the outstanding issues in the proposed settlement agreement and lease amendment.  Judge Kim ordered the parties to attend an in-person settlement conference on November 9, 2022 to attempt to resolve these outstanding items.  On October 31, the Parties met and conferred via videoconference to discuss their respective positions on the outstanding issues, and have since exchanged additional information and conferred internally in an effort to resolve the outstanding issues prior to the in-person conference.

1   It is the Parties' earnest hope that a final, written settlement agreement and lease
2   amendment will be executed no later than November 9.  As mentioned above, the Parties are
3   continuing to discuss the settlement agreement in advance of the November 9 conference, and if
4   the Parties are able to resolve independently the outstanding issues before November 9, they will
5   promptly inform the Court and request that the November 9 conference be taken off-calendar.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### III. SCHEDULING

Given that the Parties have reached a settlement in principle and are actively working to finalize settlement, the Parties respectfully request that: (i) the case management conference currently scheduled for November 8, 2022 be continued for 30 days, or as soon thereafter as the Parties may be heard; and (ii), all other proceedings and deadlines in this case be stayed until the Parties execute a final settlement agreement and file a stipulation to dismiss this case with prejudice.

Respectfully Submitted,

DATED:  November 1, 2022                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By    */s/ Dakota S. Speas*
DAKOTA S. SPEAS
*Attorneys for Plaintiff Nextdoor, Inc.*

DATED:  November 1, 2022                    FOLEY & LARDNER LLP

By    */s/ Heather A. Lee*
HEATHER A. LEE
*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

Dated: November 1, 2022                     ___/s/ Dakota S. Speas_____