**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Morgan W. Tovey (Bar No. 136242)
 morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Ryan Landes (Bar No. 252642)
 ryanlandes@quinnemanuel.com
Dakota S. Speas (Bar No. 323853)
 dakotaspeas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Nextdoor, Inc.*

**FOLEY & LARDNER LLP**

Lewis Zirogiannis (Bar No. 321955)
 lzirogiannis@foley.com
Jaime Dorenbaum (Bar No. 289555)
 jdorenbaum@foley.com
Jason Y. Wu (Bar No. 313368)
 jwu@foley.com
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: (415) 434-4484
Facsimile: (415) 434-4507

Heather A. Lee (*pro hac vice*)
 hlee@foley.com
100 N Tampa Street, Suite 2700
Tampa, FL 33610
Telephone: (813) 225-4156
Facsimile: (813) 221-4210

*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, Inc.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, and SEVEN EQUITY GROUP, LLC,<br><br>　　　　Defendants. | Case No. 3:21-cv-03341-EMC<br><br>**JOINT STATEMENT RE FURTHER STATUS CONFERENCE**<br><br>Date:　　November 29, 2022<br>Time:　　2:30 p.m.<br>Place:　　Via Remote Videoconference<br><br>The Hon. Edward M. Chen<br><br>Trial Date:　　　　January 30, 2023 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Northern District of California Local Rule 16-10(d), this Court's Order to Continue Trial Date and to Enlarge Pretrial Deadlines (ECF 131), and the Clerk's Notice Continuing 11/8/2022 Status Conference (ECF 137), Plaintiff Nextdoor, Inc. ("Plaintiff" or "Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants," and together with Nextdoor, the "Parties"), by and through their respective counsel, hereby submit the following Joint Statement:

## I.   BACKGROUND

The allegations, claims, and defenses in this case have been extensively briefed and are well-known to the Court. In the interests of brevity, the Parties dispense with a further recitation here.

## II.   SETTLEMENT

As the Parties previously informed the Court, the Parties reached a settlement in principle on June 14, 2022 pursuant to the terms of a proposal prepared by Magistrate Judge Sallie Kim. Since that date, the Parties have made significant progress toward a final resolution of both this Action and a related matter pending in the United States District Court for the Southern District of New York, case no. 1:22-mc-00110-AT, regarding Defendants' motion to quash a subpoena served by Nextdoor on non-party Ackman Ziff Real Estate Group, LLC (the "Subpoena Matter"). The Parties circulated many rounds of edits to a proposed settlement agreement and an amendment to the lease agreement at issue in this case and held a number of calls between counsel to discuss. On November 9, the Parties attended an all-day video conference with Magistrate Judge Kim to discuss a number of outstanding issues regarding the proposed settlement agreement and lease amendment. Following that conference, on November 11, the Parties finalized both the settlement agreement and the lease amendment and are working to satisfy certain conditions of the settlement that are prerequisites to the dismissal of this Action. Once these conditions are satisfied, the Parties anticipate filing stipulated requests to dismiss both this Action and the Subpoena Matter in due course.

## III. SCHEDULING

Given that the Parties have finalized settlement, the Parties respectfully request that: (i) the case management conference currently scheduled for November 29, 2022 be continued for 30 days, or as soon thereafter as the Parties may be heard; and (ii), all other proceedings and deadlines in this case be stayed until all Parties execute the settlement agreement and file a stipulation to dismiss this Action with prejudice.

Respectfully Submitted,

DATED: November 22, 2022　　　　　　QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   */s/ Dakota S. Speas*
DAKOTA S. SPEAS
*Attorneys for Plaintiff Nextdoor, Inc.*

DATED: November 22, 2022　　　　　　FOLEY & LARDNER LLP

By   */s/ Heather A. Lee*
HEATHER A. LEE
*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

**ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized the filing.

Dated: November 22, 2022                             */s/ Dakota S. Speas*