1  JAIME DORENBAUM, CA Bar No. 289555
     jdorenbaum@foley.com
2  JASON Y. WU, CA Bar No. 313368
     jwu@foley.com
3  HEATHER A. LEE (*admitted pro hac vice*)
     hlee@foley.com
4  FOLEY & LARDNER LLP
   555 CALIFORNIA STREET, SUITE 1700
5  SAN FRANCISCO, CA 94104-1520
   TELEPHONE: 415.434.4484
6  FACSIMILE:   415.434.4507

7  *Attorneys for 420 Taylor Ventures, LLC,*
   *NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC,*
8  *420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NEXTDOOR, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>420 TAYLOR VENTURES, LLC, a Delaware Limited Liability Company, NT 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, NH 420 TAYLOR OWNER LLC, a Delaware Limited Liability Company, 420 TAYLOR HOLDINGS OWNER LLC, a Delaware Limited Liability Company, SEVEN EQUITY GROUP, LLC, and DOES 1–50,<br><br>Defendants. | Case No. 3:21-CV-03341-EMC<br><br>**NOTICE OF WITHDRAWAL OF JASON Y. WU AS COUNSEL FOR DEFENDANTS 420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, AND SEVEN EQUITY GROUP, LLC AND [PROPOSED] ORDER PERMITTING WITHDRAWAL**<br><br>Removed from the Superior Court of the State of California for the County of San Francisco, Case No. CGC-21-590369<br><br>Complaint Filed: March 11, 2021<br>Notice of Removal Filed: May 5, 2021 |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT** Jason Y. Wu of Foley & Lardner LLP hereby withdraws as counsel of record for Defendants 420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, and SEVEN EQUITY GROUP, LLC in the above-captioned action.  Lewis Zirogiannis of Baker Botts L.L.P., 2001 Ross Avenue, Suite 900, Dallas, Texas  75201-2980 will continue as counsel of record for Defendants.  Mr. Zirogiannis is a member in good standing of the bar of this court.

DATED:  December 7, 2022

**FOLEY & LARDNER LLP**
JAIME DORENBAUM
JASON Y. WU
HEATHER A. LEE (*admitted pro hac vice*)


By: */s/ Jason Y. Wu*
   Jason Y. Wu

*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

## [PROPOSED] ORDER

The Court hereby permits Jason Y. Wu to withdraw as counsel of record for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC.

IT IS SO ORDERED.

Dated: _____, 2022

Edward M. Chen
United States District Court Judge