**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
Dakota S. Speas (Bar No. 323853)
  dakotaspeas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Nextdoor, Inc.*

**BAKER BOTTS L.L.P.**

Lewis Zirogiannis (Bar No. 321955)
  lewis.zirogiannis@bakerbotts.com
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Tel: (214) 953-6777
Fax: (214) 661-4777

*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, and SEVEN EQUITY GROUP, LLC,<br><br>Defendants. | Case No. 3:21-cv-03341-EMC<br><br>**JOINT STATEMENT RE FURTHER STATUS CONFERENCE**<br><br>Date:     December 20, 2022<br>Time:    2:30 p.m.<br>Place:   Via Remote Videoconference<br><br>The Hon. Edward M. Chen<br><br>Trial Date:              January 30, 2023 |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Northern District of California Local Rule 16-10(d), this Court's Order to Continue Trial Date and to Enlarge Pretrial Deadlines (ECF 131), and the Clerk's Notice Continuing 11/29/2022 Status Conference (ECF 140), Plaintiff Nextdoor, Inc. ("Plaintiff" or "Nextdoor") and Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants," and together with Nextdoor, the "Parties"), by and through their respective counsel, hereby submit the following Joint Statement:

## I.      BACKGROUND

The allegations, claims, and defenses in this case have been extensively briefed and are well-known to the Court.  In the interest of brevity, the Parties dispense with a further recitation here.

## II.     SETTLEMENT

As the Parties previously informed the Court, the Parties have made significant progress toward a final resolution of both this Action and a related matter pending in the United States District Court for the Southern District of New York, case no. 1:22-mc-00110-AT, regarding Defendants' motion to quash a subpoena served by Nextdoor on non-party Ackman Ziff Real Estate Group, LLC (the "Subpoena Matter").  On November 11, 2022 the Parties finalized both a settlement agreement and a lease amendment and are working towards satisfying certain conditions of the settlement that are prerequisites to the dismissal of this Action.  Once these conditions are satisfied, the Parties anticipate filing stipulated requests to dismiss both this Action and the Subpoena Matter in due course.

III.    **<u>SCHEDULING</u>**

Given that the Parties have finalized settlement, the Parties respectfully request that:  (i) the case management conference currently scheduled for December 20, 2022 be continued for 30 days, or as soon thereafter as the Parties may be heard; and (ii), all other proceedings and deadlines in this case, including the trial date, be stayed until all Parties execute the settlement agreement and file a stipulation to dismiss this Action with prejudice.

Respectfully Submitted,

DATED:  December 13, 2022          QUINN EMANUEL URQUHART & SULLIVAN, LLP


By  _____*/s/ Dakota S. Speas*_____
DAKOTA S. SPEAS
*Attorneys for Plaintiff Nextdoor, Inc.*

DATED:  December 13, 2022          BAKER BOTTS L.L.P.


By  _____*/s/ Lewis Zirogiannis*_____
LEWIS ZIROGIANNIS
*Attorneys for Defendants 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC*

1

**ATTESTATION**

2

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur

3

in the content of this filing and have authorized the filing.

4

Dated: December 13, 2022                            _____*/s/ Dakota S. Speas*_____

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28