**QUINN EMANUEL URQUHART & SULLIVAN LLP**

Morgan W. Tovey (Bar No. 136242)
  morgantovey@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Ryan Landes (Bar No. 252642)
  ryanlandes@quinnemanuel.com
Dakota S. Speas (Bar No. 323853)
  dakotaspeas@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Plaintiff Nextdoor, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR, Inc., | Case No. 3:21-cv-03341-EMC |
| Plaintiff, | **STATEMENT RE FURTHER STATUS CONFERENCE** |
| vs. | Date:    January 31, 2023<br>Time:    2:30 p.m.<br>Place:   Via Remote Videoconference |
| 420 TAYLOR VENTURES, LLC, NT 420 TAYLOR OWNER LLC, NH 420 TAYLOR OWNER LLC, 420 TAYLOR HOLDINGS OWNER LLC, and SEVEN EQUITY GROUP, LLC, | The Hon. Edward M. Chen |
| | Trial Date:              Vacated per ECF 149 |
| Defendants. | |

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, Northern District of California Local Rule 16-10(d), this Court's Order to Continue Trial Date and to Enlarge Pretrial Deadlines (ECF 131), and the Clerk's Notice Continuing 12/20/2022 Status Conference and Vacating Trial Dates (ECF 149), Plaintiff Nextdoor, Inc. ("Plaintiff" or "Nextdoor"), by and through its respective counsel, hereby submits the following Statement.  On January 24, 2023, Nextdoor requested the approval of 420 Taylor Ventures, LLC, NT 420 Taylor Owner LLC, NH 420 Taylor Owner LLC, 420 Taylor Holdings Owner LLC, and Seven Equity Group, LLC ("Defendants," and together with Nextdoor, the "Parties") to file this statement jointly, but Nextdoor did not receive a response before this Statement was filed.

## I.     BACKGROUND

The allegations, claims, and defenses in this case have been extensively briefed and are well-known to the Court.  In the interest of brevity, Nextdoor dispenses with a further recitation here.

## II.    SETTLEMENT

As the Parties previously informed the Court, the Parties have made significant progress toward a final resolution of both this Action and a related matter pending in the United States District Court for the Southern District of New York, case no. 1:22-mc-00110-AT, regarding Defendants' motion to quash a subpoena served by Nextdoor on non-party Ackman Ziff Real Estate Group, LLC (the "Subpoena Matter").  On November 11, 2022 the Parties finalized both a settlement agreement and a lease amendment and are working towards satisfying certain conditions of the settlement that are prerequisites to the dismissal of this Action.  Once these conditions are satisfied, the Parties anticipate filing stipulated requests to dismiss both this Action and the Subpoena Matter in due course.

### III. SCHEDULING

Given that the Parties have finalized settlement, Nextdoor respectfully requests that the status conference currently scheduled for January 31, 2023 be continued for 30 days, or as soon thereafter as the Parties may be heard.

Respectfully Submitted,

DATED:  January 24, 2023               QUINN EMANUEL URQUHART & SULLIVAN, LLP


By    */s/ Dakota S. Speas*
DAKOTA S. SPEAS
*Attorneys for Plaintiff Nextdoor, Inc.*